IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AMERICAN FILM & PRINTING, LTD,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:15-CV-682-L** |
| | § | |
| **COWART MULCH PRODUCTS, INC.,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

On July 16, 2015, Magistrate Judge Paul D. Stickney entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 10) recommending that the court deny American Film & Printing, Ltd's Motion to Remand (Doc. 6), filed March 23, 2015; grant Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 2), filed March 2, 2015; and dismiss without prejudice this action for lack of personal jurisdiction. No objections to the Report were filed.

After considering the motions, briefs, pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** American Film & Printing, Ltd's Motion to Remand (Doc. 6); **grants** Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 2); and **dismisses without prejudice** this action for lack of personal jurisdiction.

**It is so ordered** this 1st day of October, 2015.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**